# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RICHARD G. BATES, CAROLE A. BATES AND STEPHANIE BARKER,

        Petitioners

        v.

ARMSTRONG WORLD INDUSTRIES INC., BRENNTAG NORTHEAST, INC., BARLEY SNYDER, LLP, BARNES & THORNBURG, LLP AND MORGAN LEWIS & BOCKIUS, LLP,

        Respondents

PETITION OF: RICHARD G. BATES, BATES AND STEPHANIE BARKER

: No. 650 MAL 2019
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

       **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.